**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF ALABAMA
NORTHEASTERN DIVISION**

FILED
00 AUG 28  PM 12: 35

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| PATRICIA TAYLOR, as guardian of GARY TAYLOR, a minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. CV 95-H-2384-NE |
| FOOD WORLD, INC., BRUNO'S, INC., | ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Come now the parties to the above-styled action, by and through their respective counsel, and stipulate to its dismissal, with prejudice, each party to bear his, her, or its own costs and attorneys' fees.

ENTERED
AUG 29 2000

Respectfully submitted,

_____
Michael Auffenorde
Attorney for Gary Taylor and Patricia Taylor

Auffenorde & Auffenorde
511 Madison Street, Southeast
Huntsville, Alabama  35801-4206

366223.1